# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**ENELL WEATHERSPOON**                                **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 3:08cv734 TSL-JCS**

**WAL-MART STORES, INC., STORE
NO. 2720; AND JOHN DOES 1-5**                          **DEFENDANT(S)**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, **ENELL WEATHERSPOON**, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for the Defendant joins in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 19th day of June, 2009.

                                                             /s/Tom S. Lee
                                                             **UNITED STATES DISTRICT JUDGE**

APPROVED AS TO FORM:

  s/ Ramel L. Cotton
Ramel L. Cotton (MSB #100175)
Attorney for Plaintiff

  s/ Thomas M. Louis
Thomas M. Louis (MSB #8484)
Attorney for Defendant